# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TUMANI S. MUTASA NYAJEKA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERDENOMINATIONAL<br>THEOLOGICAL CENTER, INC.,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-02664-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration the Magistrate Judge's Report and Recommendation and Defendant's Motion to Dismiss, and the Court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that Plaintiff's federal claims under Title VII are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claim for assault. That claim is dismissed without prejudice.

Dated at Atlanta, Georgia, this 21st day of March, 2023.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　　s/ A. Edwards　　
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 21, 2023
Kevin P. Weimer
Clerk of Court

By:　　s/ A. Edwards　　
　　　Deputy Clerk